## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. GREGORY NEAL, an individual,   Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Case No. 13-CV-327-TCK-PJC  Judge: Terence C. Kern |
| 1. COVENANT SECURITY SERVICES, LTD, a foreign for profit business corporation;   Defendant. | ) ) ) ) ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that the action is to be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

GREGORY NEAL

By:  /s/ Terry A. Hall
Terry A. Hall, OBA #10668
**HALL, NALLEY & HALL**
1101 N Harrison, Suite D
Shawnee, OK 74801
(405) 275-5242
(405) 260-9330 (fax)
email: thall@okhnhlaw.com
*Attorneys for Plaintiff*

COVENANT SECURITY SERVICES, LTD.

By:  /s/ James E. Mahoney
James E. Mahoney
GRIFFITH & JACOBSON, LLC
55 W. Monroe, Suite 3550
Chicago, Illinois 60603
312-236-8110
jem@gjlaw.com
*Attorneys for Defendant*
(signed by permission)

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: James E. Mahoney and Jo Anne Deaton, Defendant's counsel, at their office addresses of record.

/s/ Terry A. Hall
Terry A. Hall

4847-3769-9608, v.  1